# Kozeny, McCubbin, & Katz, LLP

395 North Service Road, Suite 401
Melville, New York 11747
Tel: 631-454-8059 – Fax: 631-454-8169

September 5, 2014

Honorable Robert D Drain
United States Bankruptcy Court
300 Quarropas St
White Plains, NY 10601

**Re:**       **JOHN RICCI-BREEN**
**Creditor:**  **Bank of America, N.A.**
**Case:**      **14-22798**

Dear Judge Robert D Drain,

  Our office represents Bank of America, N.A. for the loss mitigation in this case. Documents have been requested through the Creditor Loss Mitigation Affidavit filed on 8/1/2014. Requested documents have not been received. We respectfully request an adjournment to allow time to receive the requested documents.

  Thank you for your time and consideration.

            Respectfully,

            /s/ Jordan S Katz
            Jordan S Katz, Esq.