BRONSON LAW OFFICES PC
Attorneys for Debtor-in-Possession
480 Mamaroneck Ave.
Harrison, NY 10528
(914) 269-2530
H. Bruce Bronson

Hearing Date: January 14, 2015
Hearing Time: 10:00 AM

UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In Re:

    John Ricci-Breen and Margaret Ricci-Breen,

                                      Debtors,

Case No. 14-22798

Chapter 11

**REPLY**

-----------------------------------------------------------x

## REPLY TO OBJECTION OF PNC BANK TO THE DEBTORS' MOTIN TO AVOID LIEN

H. Bruce Bronson on behalf of the debtors, John Ricci-Breen and Margaret Ricci-Breen (the "Debtors") hereby state:

### BACKGROUND

1. The Debtors filed a Motion to Avoid Second Mortgage Lien Held by PNC Bank, N.A. ("PNC") on October 28, 2014 (the "Pond Motion"), based on two appraisals from reputable appraisers finding the value of the subject residence located at 81 Poplar Road, Briarcliff Manor, NY 10510 (the "Property") to be $400,000 and $390,000 respectively.

2. The Proof of Claim filed by Bank of America as to the first mortgage claims the amount owing to be $429,736.93 (the "First Mortgage").

3. On November 14, 2014, PNC through its counsel filed an objection to the Pond Motion (the "Objection") which included an appraisal from Independent Settlement Services of Orange California ("PNC's Appraisal") estimating the value at $440,000.

4. PNC's Appraisal was conducted with the cooperation of the debtors and access was granted to the premises.

## REPLY

5. It is asserted that PNC's Appraisal did not take into account the repairs that would be necessary for the Property to have a value in excess of $400,000, and be in saleable condition.

6. The debtors have obtained an Estimate of Repairs & Renovations to Residence from NASCO Construction Services Inc., Armonk, NY 10504 ("NASCO") that the PNC Appraisal did not fully take into account (Exhibit A-Estimate of Repairs & Renovations to Residence").

7. While not all of the work estimated for repair would be necessary to increase the value of the Property beyond the $400,000 range, the estimate provides a more detailed analysis, by a contractor that would actually be in a position to perform the required corrections to the Property.

8. The PNC Appraisal lists only a small fraction of the repairs that would be necessary, and does not place a dollar value on these repairs. Accordingly, it is submitted that there is at least $15,000 of absolutely necessary repairs that were not taken into account by the PNC Appraisal.

## CONCLUSION

9. The debtors have submitted two appraisals performed by local reputable Appraisers that are significantly less than the PNC Appraisal and the outstanding amount of the First Mortgage. Accordingly, the PNC Appraisal showing a value a mere $11,000

higher than the First Mortgage should be discounted and debtors Pond Motion should be granted.

Dated: Harrison, NY
January 7, 2015

Bronson Law Offices, P.C.

/s/H. Bruce Bronson
H. Bruce Bronson
Bronson Law Offices, P.C.
480 Mamaroneck Ave.
Harrison, NY 10528
Tel: 877-385-7793
Fax: 888-908-6906
hbbronson@bronsonlaw.net

Exhibit A

# NASCO
## CONSTRUCTION SERVICES INC.

**SUBJECT:** COVER PAGE
**PROJECT:** RENOVATIONS TO RESIDENCE
**LOCATION:** 81 POPLAR ROAD, BRIARCLIFF MANOR, NY 10510
**TYPE EST.:** COST TO RENOVATE
**CLIENT:** JOHN RICCI

**EST. NO:** 4-0282
**EST. BY:** FL
**CHKD. BY:** EH
**DATE:** 12-09-14
**REV. DATE:**

---

### ESTIMATE OF REPAIRS & RENOVATIONS TO RESIDENCE:

**PREPARED FOR:**

MR. JOHN RICCI

81 POPLAR ROAD
BRIARCLIFF MANOR, NY 10510


**PREPARED BY:**

NASCO CONSTRUCTION SERVICES INC.

200 BUSINESS PARK DRIVE, SUIT 302
ARMONK, NY 10504

OFFICE # (914)765-0984
FAX# (914)765-0538
WWW.NASCO-NY.COM

| | | | |
|---|---|---|---|
| **SUBJECT:** | **GENERAL NOTES & QUALIFICATIONS** | **EST. NO:** | 4-0282 |
| **PROJECT:** | RENOVATIONS TO RESIDENCE | **EST. BY:** | FL |
| **LOCATION:** | 81 POPLAR ROAD, BRIARCLIFF MANOR, NY 10510 | **CHKD. BY:** | EH |
| **TYPE EST.:** | COST TO RENOVATE | **DATE:** | 12-09-14 |
| **CLIENT:** | JOHN RICCI | **REV. DATE:** | |

**TOTAL RENOVATION COST**        $205,600

1. ALL PRICES ARE BASED ON NOVEMBER 2014 UNION/PREVAILING WAGE CONSTRUCTION COSTS

2. THE FOLLOWING ITEMS ARE NOT INCLUDED:

   a) PROFESSIONAL FEES
   b) FURNITURE, FURNISHINGS AND MOVABLE EQUIPMENT
   c) CONSTRUCTION CONTINGENCY COSTS
   d) PERMITS & FEES

3. SUMMARY OF WORK TO BE COMPLETED:

   1) REMOVE & REPLACE ALL GUTTERS, LEADERS & ROTTED FASCIA BOARD
   2) REMOVE AND REPLACE GARAGE AND BREEZE WAY ROOFING
   3) REMOVE & REPLACE INCORRECTLY INSTALLED BRICK VENEER PANELING INCLUDING WATER DAMAGED SHEATHING
   4) COMPLETE ALL FINISH FLOORING, BASEBOARDS, AND TRIMS IN NEW ADDITION.
   5) REMOVE AND REPLACE ROTTEN WOOD DEC, STAIRS AND RAILINGS AT REAR OF HOUSE
   6) REMOVE AND REPLACE REAR PATIO DOOR.
   7) REMOVE AND REPLACE CELLAR HOPPER WINDOWS
   8) COMPLETE ALL INSULATION AND DRYWALL WITHIN NEW ADDITION.
   9) INSTALL (2) NEW ATTIC STAIRS.
   10) INSTALL LATTICE AT REAR ADDITION.
   11) INSTALL CEMENT BOARD ENCLOSURE AT FRONT ADDITION
   12) REMOVE AND REPLACE CELLAR SLABS
   13) WATER PROOF EXISTING FOUNDATION WALLS INCLUDING NEW SUMP PUMP
   14) REPLACE HEAVED DRIVEWAY IN ITS ENTIRETY.
   15) COMPLETE ALL ELECTRICAL WIRING, AND FIRE ALARM DEVICES WITHIN NEW ADDITION.
   16) REMOVE AND REPLACE ALL DUCTLESS A/C UNITS AND CONDENSERS INCLUDING ASSOCIATED PIPING & WIRING.
   17) PAINT/STAIN ALL NEW TRIM WORK, CEILINGS, WALLS, DOORS, WINDOWS AND DECK.
   18) INSTALL NEW CAST IRON RADIATORS IN NEW ADDITION AND REPAIR BOILER AS REQUIRED INCLUDING NEW CONTROLS.

# NASCO
## CONSTRUCTION SERVICES INC.

**SUBJECT:** SUMMARY - ALL TRADES
**PROJECT:** RENOVATIONS TO RESIDENCE
**LOCATION:** 81 POPLAR ROAD, BRIARCLIFF MANOR, NY 10510
**TYPE EST.:** COST TO RENOVATE
**CLIENT:** JOHN RICCI

**EST. NO:** 4-0282
**EST. BY:** FL
**CHKD. BY:** EH
**DATE:** 12-09-14
**REV. DATE:**

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 1.00 | GENERAL REQUIREMENTS | $19,285.00 |
| 2.00 | SITEWORK | |
| | DEMOLITION/EARTHWORK | $10,658.00 |
| | SITE IMPROVEMENTS | $17,300.00 |
| | ASBESTOS ABATEMENT | $10,500 |
| 3.00 | CONCRETE | $6,429 |
| 4.00 | MASONRY | $14,792 |
| 5.00 | METALS | N/A |
| 6.00 | WOODS & PLASTICS | $31,551 |
| 7.00 | THERMAL & MOISTURE PROTECTION | $30,060 |
| 8.00 | DOORS AND WINDOWS | $6,050 |
| 9.00 | FINISHES | $6,356 |
| 10.00 | SPECIALTIES | N/A |
| 11.00 | EQUIPMENT | N/A |
| 12.00 | PLUMBING | $9,840 |
| 14.00 | H.V.A.C. | $21,700 |
| 15.00 | ELECTRICAL | $7,600 |
| | SUBTOTAL | $192,121 |
| | G.C. OH & P - 7.0% | $13,479 |
| | **TOTAL COST** | **$205,600** |

| SUBJECT: | GENERAL CONSTRUCTION - ALL TRADES | | | | | |
|---|---|---|---|---|---|---|
| PROJECT: | RENOVATIONS TO RESIDENCE | | | EST. NO: 4-0282 | | |
| LOCATION: | 81 POPLAR ROAD, BRIARCLIFF MANOR, NY 10510 | | | EST. BY: FL | | |
| TYPE EST.: | COST TO RENOVATE | | | CHKD. BY: EH | | |
| CLIENT: | JOHN RICCI | | | DATE: 12-09-14 | | |
| | | | | REV. DATE: | | |

| ITEM | DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| 1.00 | **GENERAL REQUIREMENTS** | | | | | |
| | a. Supervision - Part time - 2 hrs/Day | 6 | WKS | 1,500.00 | 9,000 | |
| | b. Laborer - 1 Day/Week | 48 | HRS | 90.00 | 4,320 | |
| | c. Dumpsters - 30 YD | 2 | EA | 750.00 | 1,500 | |
| | d. Renew Building Permits | 1 | LS | 1,000.00 | 1,000 | |
| | e. Misc. Protective Materials | 1 | LS | 750.00 | 750 | |
| | f. Insurance - 1.5% of Construction Cost | 1 | LS | 2,715.00 | 2,715 | |
| | | | | | | 19,285 |
| 2.00 | **SITEWORK** | | | | | |
| | **DEMOLITION** | | | | | |
| | a. Remove Brick Veneer | 400 | SF | 5.00 | 2,000 | |
| | b. Remove Roofing & Sheathing | 1,540 | SF | 1.00 | 1,540 | |
| | c. Remove Fascia Boards | 160 | LF | 3.00 | 480 | |
| | d. Remove Gutters & Leaders | 212 | LF | 1.00 | 212 | |
| | e. Remove Water Damaged Exterior Sheathing | 400 | SF | 2.00 | 800 | |
| | f. Remove Existing Entry Door & Transom | 1 | LS | 750.00 | 750 | |
| | g. Remove Basement Slab | 404 | SF | 3.00 | 1,212 | |
| | h. Remove Rotted Basement Stairs | 1 | FLT | 150.00 | 150 | |
| | i. Remove Rotted Rear Stairs & Railings | 1 | LS | 350.00 | 350 | |
| | j. Remove & Salvage Front Portico | 1 | LS | 1,500.00 | 1,500 | |
| | k. Remove Basement Windows | 4 | EA | 75.00 | 300 | |
| | l. Remove Broken Dining Room Window | 1 | EA | 75.00 | 75 | |
| | m. Remove Family Room French Doors | 1 | PR | 150.00 | 150 | |
| | n. Excavated for New Curtain Drains | 12 | CY | 75.00 | 889 | |
| | o. Remove Sump Pit Concrete | 1 | LS | 250.00 | 250 | |
| | | | | | $ | 10,658 |
| | **SITE IMPROVEMENTS** | | | | | |
| | a. Resurface Driveway - 90' x 15' | 150 | SY | 28.00 | 4,200 | |
| | b. Divert Water From Adjacent School Property via perforated pipe, gravel and riprap tied to existing drainage basin | 180 | LF | 70.00 | 12,600 | |
| | c. Restore Topsoil & Seeding as Required | 1 | LS | 500.00 | 500 | |
| | | | | | $ | 17,300 |
| | **ASBESTOS ABATEMENT** | | | | | |
| | a. Remove Asbestos Containing Pipe Insulation Throughout House | 420 | LF | 25.00 | 10,500 | |
| | | | | | $ | 10,500 |

**SUBJECT:** GENERAL CONSTRUCTION - ALL TRADES
**PROJECT:** RENOVATIONS TO RESIDENCE
**LOCATION:** 81 POPLAR ROAD, BRIARCLIFF MANOR, NY 10510
**TYPE EST.:** COST TO RENOVATE
**CLIENT:** JOHN RICCI

**EST. NO:** 4-0282
**EST. BY:** FL
**CHKD. BY:** EH
**DATE:** 12-09-14
**REV. DATE:**

| ITEM | DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| 3. | **CONCRETE** | | | | | |
| | a. New Basement Slab | 404 | SF | 10.00 | 4,040 | |
| | b. New Sump Pit Concrete | 2 | CY | 350.00 | 700 | |
| | c. Gravel @ Curtain Drain | 9 | CY | 55.00 | 489 | |
| | d. 6" Perforated PVC Curtain Drain Piping | 80 | LF | 6.00 | 480 | |
| | e. Repair Garage Floor | 360 | SF | 2.00 | 720 | |
| | | | | | | $ 6,429 |
| 4. | **MASONRY** | | | | | |
| | a. New Brick Veneer | | | | | |
| | .1 Material - Brick-it Quote | 1 | LS | 5,612.00 | 5,612 | |
| | .2 Labor - (3) Men x 3 Days | 72 | HRS | 105.00 | 7,560 | |
| | b. Cement Board w/ Parging & Foundation Walls | 108 | SF | 15.00 | 1,620 | |
| | | | | | | $ 14,792 |
| 5. | **METALS** | N/A | | | | |
| 6. | **WOODS & PLASTICS** | | | | | |
| | a. 2 X 4 Closet Framing | 104 | SF | 4.00 | 416 | |
| | b. New Hardwood Flooring | 840 | SF | 8.00 | 6,720 | |
| | c. Install By-Pass Closet Doors | 2 | EA | 125.00 | 250 | |
| | d. Furnish & Install Door & Window Trim | 60 | LF | 6.00 | 360 | |
| | e. Furnish & Install Window Sills | 15 | LF | 15.00 | 225 | |
| | f. 5/8" T&G Roof Sheathing | 1,540 | SF | 2.00 | 3,080 | |
| | g. Furnish & Install New Baseboards | 130 | LF | 6.00 | 780 | |
| | h. Install Attic Stairs | 2 | EA | 125.00 | 250 | |
| | i. New Rear Deck, Stair & Railings | 1 | LS | 3,500.00 | 3,500 | |
| | j. Install Garage Door | 1 | EA | 500.00 | 500 | |
| | k. Replace Water Damaged Wood Flooring in Family Room | 320 | SF | 9.00 | 2,880 | |
| | l. Install New Patio Door in Family Room | 1 | PR | 500.00 | 500 | |
| | m. Install Basement Windows | 4 | EA | 125.00 | 500 | |
| | n. Install dining room window | 1 | EA | 125.00 | 125 | |
| | o. New Fascia Boards | 160 | LF | 5.00 | 800 | |
| | p. New soffit Boards | 160 | LF | 5.00 | 800 | |
| | q. Bead Board Soffit @ Portico | 15 | SF | 20.00 | 300 | |
| | r. New Basement Stairs & Railings | 39 | RFT | 35.00 | 1,365 | |
| | s. New 5/8" Exterior Grade Sheathing | 400 | SF | 2.00 | 800 | |
| | t. Remove, Salvage & Re-Install Portico & Fascia Trims | 48 | HRS | 125.00 | 6,000 | |
| | u. Lattice Around Perimeter Foundation | 250 | SF | 3.00 | 750 | |
| | v. Closet Shelves & Poles | 13 | LF | 50.00 | 650 | |
| | | | | | | $ 31,551 |

# NASCO
## CONSTRUCTION SERVICES INC.

SUBJECT: GENERAL CONSTRUCTION - ALL TRADES
PROJECT: RENOVATIONS TO RESIDENCE
LOCATION: 81 POPLAR ROAD, BRIARCLIFF MANOR, NY 10510
TYPE EST.: COST TO RENOVATE
CLIENT: JOHN RICCI

EST. NO: 4-0282
EST. BY: FL
CHKD. BY: EH
DATE: 12-09-14
REV. DATE:

| ITEM | DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| 7. | **THERMAL & MOISTURE PROTECTION** | | | | | |
| | a. Foundation Waterproofing | 800 | SF | 15.00 | 12,000 | |
| | b. Aluminum Fascia & Soffit Wraps | 160 | LF | 10.00 | 1,600 | |
| | c. New Asphalt Shingle roofing | 1,540 | SF | 4.00 | 6,160 | |
| | d. Flash Windows & Doors | 10 | LOC | 150.00 | 1,500 | |
| | e. Insulate Exterior Walls & Ceilings | 1,720 | SF | 1.00 | 1,720 | |
| | f. Replace Damaged Siding | 400 | SF | 6.00 | 2,400 | |
| | g. New Aluminum Gutters | 212 | LF | 5.00 | 1,060 | |
| | h. New Aluminum Leaders | 60 | LF | 7.00 | 420 | |
| | i. Air/Vapor Barrier @ Brick Veneer | 400 | SF | 8.00 | 3,200 | |
| | | | | | | $ 30,060 |
| 8. | **DOORS & WINDOWS** | | | | | |
| | a. New Basement Windows - 18" x 24" | 4 | EA | 200.00 | 800 | |
| | b. New French Patio Doors & Hardware - 6'- x 7' | 1 | PR | 1,500.00 | 1,500 | |
| | c. New Dining Room Window - 30" x 64" | 1 | EA | 750.00 | 750 | |
| | d. New Attic Pull Down Stairs | 2 | EA | 700.00 | 1,400 | |
| | e. New Garage Door w/ Opener - 10' x 8' | 1 | EA | 1,800.00 | 1,800 | |
| | f. New Bypass Closet Doors | 2 | PR | 300.00 | 600 | |
| | | | | | | $ 6,050 |
| 9. | **FINISHES** | | | | | |
| | a. New 5/8" Sheetrock - Taped & spackled | 2,094 | SF | 2.40 | 5,026 | |
| | b. Paint Walls & Ceilings | 2,094 | SF | 1.50 | 3,141 | |
| | c. Paint Interior Trims & Baseboards | 205 | LF | 5.00 | 1,025 | |
| | d. Paint Doors & Frames | 8 | LVS | 125.00 | 1,000 | |
| | e. Paint Portico Soffit & Trim | 1 | LS | 750.00 | 750 | |
| | f. Grout Master Bathroom Walls & Floors | 4 | HRS | 110.00 | 440 | |
| | | | | | | $ 6,356 |
| 10. | **SPECIALTIES** | N/A | | | | |
| 11. | **EQUIPMENT** | N/A | | | | |
| 12. | **PLUMBING** | | | | | |
| | a. Cast Iron Radiators | 10 | EA | 250.00 | 2,500 | |
| | b. 1/2" Pex Tubing Including Fittings | 200 | LF | 2.50 | 500 | |
| | c. Main Boiler Control Box | 1 | LS | 500.00 | 500 | |
| | d. Thermostat | 1 | EA | 70.00 | 70 | |
| | e. Sump Pump Connected to Sewer Main | 1 | EA | 750.00 | 750 | |
| | f. Labor - (2) Plumbers x 3 Days | 48 | HRS | 115.00 | 5,520 | |
| | | | | | | $ 9,840 |

12/10/2014  4:30 PM

**NASCO**
## CONSTRUCTION SERVICES INC.

SUBJECT: GENERAL CONSTRUCTION - ALL TRADES
PROJECT: RENOVATIONS TO RESIDENCE
LOCATION: 81 POPLAR ROAD, BRIARCLIFF MANOR, NY 10510
TYPE EST.: COST TO RENOVATE
CLIENT: JOHN RICCI

EST. NO: 4-0282
EST. BY: FL
CHKD. BY: EH
DATE: 12-09-14
REV. DATE:

| ITEM | DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| 13. | **HVAC** | | | | | |
| | a. Replace 24000 BTU Dual Zone 18 SEER Heat Pump Condensers | 1 | EA | 4000.00 | 4,000 | |
| | b. Replace 36000 BTU Dual Zone 16 SEER Heat Pump Condensers | 1 | EA | 4500.00 | 4,500 | |
| | c. Replace 9,000 BTU Cooling & 10,200 BTU Heating Ductless Split Indoor Units | 4 | EA | 2,100.00 | 8,400 | |
| | d. Replace 12,000 BTU Cooling & 13,500 BTU Heating Ductless Split Indoor Units | 1 | EA | 2,300.00 | 2,300 | |
| | e. Replace 18,500 BTU Cooling & 18,500 BTU Heating Ductless Split Indoor Units | 1 | EA | 2,500.00 | 2,500 | |
| | | | | | | $ 21,700 |
| 14. | **ELECTRIC** | | | | | |
| | a. Replace A/C Unit Wiring | 8 | EA | 300.00 | 2,400 | |
| | b. Complete Fire Alarm Devices | 3 | EA | 150.00 | 450 | |
| | c. New Radiant Heating Controls | 1 | LS | 650.00 | 650 | |
| | d. New Light Fixture Including Wiring | 4 | EA | 450.00 | 1,800 | |
| | e. New Receptacles & Switches | 10 | EA | 200.00 | 2,000 | |
| | f. Replace Sump Pump Wiring | 1 | EA | 300.00 | 300 | |
| | | | | | | $ 7,600 |