# Kozeny, McCubbin, & Katz, LLP

40 Marcus Drive, Suite 200
Melville, New York 11747
Tel: 631-454-8059 – Fax: 631-454-8169

March 20, 2015

Honorable Robert D Drain
United States Bankruptcy Court
300 Quarropas St
White Plains, NY 10601

**Re:**       **JOHN RICCI-BREEN**
**Creditor:**   **Specialized Loan Servicing**
**Case:**     **14-22798**

Dear Judge Robert D Drain,

    Our office represents Specialized Loan Servicing for the loss mitigation in this case. According to our client, the documents submitted by the borrower are now under review for a loan modification. We expect to have a further update for the court regarding the status of the loan modification review at the hearing scheduled for next week.

    Thank you for your time and consideration.

                                                               Respectfully,

                                                           /s/ Jordan S Katz
                                                           Jordan S Katz, Esq.