# Kozeny, McCubbin, & Katz, LLP
40 Marcus Drive, Suite 200
Melville, New York 11747
Tel: 631-454-8059 – Fax: 631-454-8169

March 30, 2015

Honorable Robert D Drain
United States Bankruptcy Court
300 Quarropas St
White Plains, NY 10601

**Re:**        **JOHN RICCI-BREEN**
**Creditor:**  **Specialized Loan Servicing**
**Case:**     **14-22798**

Dear Judge Robert D Drain,

    Our office represents Specialized Loan Servicing for the loss mitigation in this case. At this time, our client needs an updated Request for Mortgage Assistance Form, an updated 4506T form, and proof of income listed on the RMA. As this requested was only made on March 25, we are amenable to an adjournment to allow time for the receipt of documents.

    Thank you for your time and consideration.

                                          Respectfully,

                                          /s/ Jordan S Katz
                                          Jordan S Katz, Esq.