**BRONSON LAW OFFICES, P.C.**
480 Mamaroneck Avenue, Harrison, NY 10528
61-43 186th Street, Fresh Meadows, NY 11365
42 Catharine Street, Poughkeepsie, NY 12601

Tel. (877) 385-7793
Fax (888) 908-6906
www.bronsonlawoffices.com

H. Bruce Bronson, Jr., Esq.
(admitted NY & PA)
email: hbbronson@bronsonlaw.net

Carl J. Nelson, Esq.
(admitted NY)
email: cnelson@bronsonlaw.net

April 5, 2015

VIA ECF

Hon. Robert D. Drain
US Bankruptcy Court Southern District of NY
300 Quarropas Street
White Plains, NY 10601

> **Re: Margaret Breen and John Ricci-Breen; Case No.:14-22798 (rdd); Motion to Avoid Lien (docket no.: 25) relating to the property at 81 Poplar Road, Briarcliff Manor, NY 10510 (the "Property")**

Dear Judge Drain:

Due to an issue with the appraisal of the Property prepared by Dennis Federico dated March 24, 2014, we withdraw this appraisal from the Debtors' Motion to Avoid Lien dated October 27, 2014, docket number 25, appraisal #2. Further, Mr. Federico will not be a witness for the debtor at the hearing on April 14, 2015.

Very truly yours,

/s/ H. Bruce Bronson

H. Bruce Bronson