# EXHIBIT B

**Bronson Law Offices PC**
**480 Mamaroneck Ave.**
**Harrison, NY 10528**
**Phone: 877-385-7793**

Invoice submitted to:

John & Margaret Ricci-Breen
81 Poplar Road
Briarcliff, NY 10510

| | |
|---|---|
| Invoice # | **20113** |
| Invoice Date | **03/09/2016** |
| For Services Through | 03/09/2016 |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| | | **In Reference To:** **Hourly Billing Matters (Service)** | | |
| 06/16/2014 | CO | *Loss Mitigation*<br>Served loss mit request | 0.20 at $ 90.00/hr | $ 18.00 |
| 07/24/2014 | CN | *Loss Mitigation*<br>Prepare and submit proposed loss mitigation order | 0.40 at $ 250.00/hr | $ 100.00 |
| 07/30/2014 | CN | *Loss Mitigation*<br>File certificate of service | 0.10 at $ 250.00/hr | $ 25.00 |
| 10/08/2014 | CO | *Loss Mitigation*<br>Preparation of Loss Mitigation package- scan and submission to BOA counsel | 1.90 at $ 90.00/hr | $ 171.00 |
| 10/27/2014 | CN | *Pond Motion*<br>Acuire hearing date; create mailing list; review file paperwork; review county record; draft notice of motion, motion and proposed order. Prepare motion for service. | 2.90 at $ 250.00/hr | $ 725.00 |
| 10/27/2014 | CO | *Loss Mitigation*<br>Received Boa Missing Documents Letter- requested required documentation from Debtors | 0.60 at $ 90.00/hr | $ 54.00 |
| 10/28/2014 | CN | *Pond Motion*<br>Obtain proof of service; file motion and proof of service with Court | 0.00 at $ 250.00/hr | No Charge |
| 10/30/2014 | CO | *Loss Mitigation*<br>reviewed banks status letter which requested LM be terminated due to not providing documents that were just requested | 0.30 at $ 90.00/hr | $ 27.00 |
| 11/05/2014 | HBB | *Loss Mitigation*<br>Appeared at Loss Mitigation Hearing | 1.00 at $ 350.00/hr | $ 350.00 |
| 11/24/2014 | CO | *Loss Mitigation*<br>Received call from BOA representative who requested information: Margaret Pay frequency (12 months or 10 months), lease agreement for NC house, bank statements and paystubs; requested from client, faxed to BOA | 0.75 at $ 90.00/hr | $ 67.50 |
| 12/01/2014 | CO | *Loss Mitigation*<br>banks counsel requested termination of LM; email to them as to status since documents were submitted to BOA via fax on 11/24; provided same fax to banks counsel; was told by banks counsel that information was received but still missing lease agreement, and updated paystubs were required | 0.55 at $ 90.00/hr | $ 49.50 |
| 12/11/2014 | CO | *Pond Motion*<br>Chambers copies | 0.40 at $ 375.00/hr | $ 150.00 |

Invoice submitted to:

John & Margaret Ricci-Breen
81 Poplar Road
Briarcliff, NY 10510

| | |
|---|---|
| Invoice # | 20113 |
| Invoice Date | 03/09/2016 |
| For Services Through | 03/09/2016 |

| Date | Atty | Matter | Hours/Rate | Amount |
|---|---|---|---|---|
| 12/17/2014 | HBB | *Pond Motion*<br>In office discussion with client regarding filing a reply to objection to pond motion | 0.30 at $ 350.00/hr | $ 105.00 |
| 01/05/2015 | CO | *Loss Mitigation*<br>submitted updated paystubs to banks counsel- bank statements to follow | 0.10 at $ 90.00/hr | $ 9.00 |
| 01/06/2015 | CO | *Loss Mitigation*<br>supplied more paystubs and updated bank statements | 0.22 at $ 90.00/hr | $ 19.80 |
| 01/07/2015 | CO | *Loss Mitigation*<br>prepped status letter to be filed- HBB to review and file | 0.55 at $ 90.00/hr | $ 49.50 |
| 01/07/2015 | HBB | *Loss Mitigation*<br>Status letter for loan modification refuting claim that loss mit should terminate. | 0.80 at $ 350.00/hr | $ 280.00 |
| 01/07/2015 | HBB | *Pond Motion*<br>Drafting of Reply to Opposition to Pond Motion; researched case law. | 2.50 at $ 375.00/hr | $ 937.50 |
| 01/14/2015 | HBB | *Pond Motion*<br>Hearing on pond motion. need to set up day for trial. | 1.00 at $ 375.00/hr | $ 375.00 |
| 02/26/2015 | CO | *Loss Mitigation*<br>email to counsel requesting update on application | 0.05 at $ 90.00/hr | $ 4.50 |
| 02/26/2015 | HBB | *Pond Motion*<br>Reviewed Pond motion and responses in preparation of hearing; reviewed email from counsel for bank;talked to Mr. Green regarding settlement parameters; emailed counsel for lender. | 1.90 at $ 375.00/hr | $ 712.50 |
| 03/25/2015 | CO | *Loss Mitigation*<br>email from lenders counsel requesting all updated documents- relayed request to Debtors | 0.25 at $ 90.00/hr | $ 22.50 |
| 03/30/2015 | CO | *Pond Motion*<br>preparation for Pond Motion Trial; communication with appraisers and NASCO representatives; organizing file for court; communication with Chambers re: witnesses | 1.45 at $ 90.00/hr | $ 130.50 |
| 03/30/2015 | HBB | *Pond Motion*<br>Telephone calls with appraisers and contractor regarding affidavit and testimony that would be required for hearing. | 1.20 at $ 350.00/hr | $ 420.00 |
| 04/03/2015 | CN | *Pond Motion*<br>Prepare and file notice of hearing | 0.30 at $ 250.00/hr | $ 75.00 |
| 04/05/2015 | HBB | *Pond Motion*<br>Letter withdrawing the appraisal of Dennis Federico; review of pond motion and related documents. | 1.00 at $ 350.00/hr | $ 350.00 |

Invoice submitted to:

John & Margaret Ricci-Breen
81 Poplar Road
Briarcliff, NY 10510

| | |
|---|---|
| Invoice # | **20113** |
| Invoice Date | **03/09/2016** |
| For Services Through | **03/09/2016** |

| Date | Initials | Matter | Description | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 04/06/2015 | HBB | *Pond Motion* | Reviewed binder for court; discussed contents with counsel for Lender | 0.75 at $ 350.00/hr | $ 262.50 |
| 04/13/2015 | HBB | *Pond Motion* | Prepared for hearing; reviewed appraisals; prepared statements | 1.50 at $ 350.00/hr | $ 525.00 |
| 04/14/2015 | HBB | *Pond Motion* | Prepared for hearing; attended hearing; discussed hearing with client | 3.20 at $ 350.00/hr | $ 1,120.00 |
| 04/23/2015 | CO | *Loss Mitigation* | collected updated documents from Debtors- prepared new package- scanned and submitted to banks coulsel | 1.20 at $ 90.00/hr | $ 108.00 |
| 04/29/2015 | CO | *Loss Mitigation* | received Missing Documents Letter from banks counsel- requested same from Debtors | 0.35 at $ 90.00/hr | $ 31.50 |
| 04/29/2015 | CO | *Loss Mitigation* | provided updated bank statements as requested- advised that borrowers are no longer receiving any rental income from NC house | 0.25 at $ 90.00/hr | $ 22.50 |
| 05/11/2015 | HBB | *Pond Motion* | Researched information for brief on reduction based on commissions and carrying costs; began writing brief | 2.50 at $ 350.00/hr | $ 875.00 |
| 05/12/2015 | HBB | *Pond Motion* | Worked on brief; research | 1.50 at $ 350.00/hr | $ 525.00 |
| 05/13/2015 | HBB | *Pond Motion* | Worked on Brief; researched cases. | 3.50 at $ 350.00/hr | $ 1,225.00 |
| 05/14/2015 | HBB | *Pond Motion* | Email with Illan Markus, Esq. regarding submission of briefs | 0.30 at $ 350.00/hr | $ 105.00 |
| 05/22/2015 | HBB | *Pond Motion* | Review of Transcript | 0.50 at $ 350.00/hr | $ 175.00 |
| 06/09/2015 | CO | *Loss Mitigation* | provided bank with updated paystubs as requested in letter received by Debtor | 0.15 at $ 90.00/hr | $ 13.50 |
| 06/09/2015 | CO | *Loss Mitigation* | prepared status letter to be filed- HBB to review and file | 0.30 at $ 90.00/hr | $ 27.00 |
| 06/10/2015 | HBB | *Loss Mitigation* | Appeared at loss mitigation hearing | 1.00 at $ 350.00/hr | $ 350.00 |
| 06/18/2015 | CO | *Loss Mitigation* | MDL received from banks counsel- reviewed requested same from Debtors | 0.15 at $ 90.00/hr | $ 13.50 |
| 06/22/2015 | HBB | *Pond Motion* | Meeting with John Ricci-Breen re: pond motion and back up plans should it be denied. | 0.60 at $ 350.00/hr | $ 210.00 |

Invoice submitted to:

John & Margaret Ricci-Breen
81 Poplar Road
Briarcliff, NY 10510

| | |
|---|---|
| Invoice # | **20113** |
| Invoice Date | **03/09/2016** |
| For Services Through | **03/09/2016** |

| Date | Staff | Service | Hours/Rate | Amount |
|---|---|---|---|---|
| 06/24/2015 | CO | *Loss Mitigation*<br>prepared loe for Debtors to sign; provided bank with LOE re: NC property rent no longer being received | 0.35 at $ 90.00/hr | $ 31.50 |
| 07/08/2015 | CO | *Loss Mitigation*<br>MDL- reviewed more paystubs required- requested same from Debtor | 0.20 at $ 90.00/hr | $ 18.00 |
| 07/17/2015 | CO | *Loss Mitigation*<br>met with debtor- provided paystubs to banks counsel | 0.35 at $ 90.00/hr | $ 31.50 |
| 07/23/2015 | CO | *Loss Mitigation*<br>reviewed banks status letter and request for adjournment | 0.15 at $ 90.00/hr | $ 13.50 |
| 07/28/2015 | CO | *Loss Mitigation*<br>prepped status letter to be filed- CN to review and file | 0.40 at $ 90.00/hr | $ 36.00 |
| 07/28/2015 | CN | *Loss Mitigation*<br>Review status letter | 0.20 at $ 250.00/hr | $ 50.00 |
| 08/14/2015 | CO | *Loss Mitigation*<br>provided updated bank statements and NC property Mortgage Statement; updated rma | 0.50 at $ 90.00/hr | $ 45.00 |
| 08/21/2015 | CO | *Loss Mitigation*<br>MDL- bank needs more paystubs...again- requested from Debtor...again | 0.25 at $ 90.00/hr | $ 22.50 |
| 09/01/2015 | CO | *Loss Mitigation*<br>provided updated paystubs to banks counsel | 0.15 at $ 90.00/hr | $ 13.50 |
| 09/03/2015 | CN | *Pond Motion*<br>Revise order for Pond Motion post hearing and decision and submit to chambers | 0.30 at $ 250.00/hr | $ 75.00 |
| 09/18/2015 | CO | *Loss Mitigation*<br>prepped COURT ORDERED LM adjournment order- HBB to review and file- CO to serve later | 0.60 at $ 90.00/hr | $ 54.00 |
| 09/22/2015 | HBB | *Loss Mitigation*<br>Loss Mitigation Hearing; bank was ordered to produce a representative. | 1.00 at $ 350.00/hr | $ 350.00 |
| 09/23/2015 | CO | *Loss Mitigation*<br>served and emailed Order signed by Judge RDD to banks counsel | 0.55 at $ 90.00/hr | $ 49.50 |
| 09/24/2015 | HBB | *Loss Mitigation*<br>Reviewed Loan Modification presented to us from SLS | 0.80 at $ 350.00/hr | $ 280.00 |
| 09/24/2015 | CO | *Loss Mitigation*<br>Sent Loan Modification to client for review; reviewed terms of modification | 0.50 at $ 90.00/hr | $ 45.00 |
| 09/24/2015 | CO | *Loss Mitigation*<br>Received Mod offer from banks counsel- reviewed- and informed Debtor | 0.60 at $ 90.00/hr | $ 54.00 |

**Bronson Law Offices PC**
**480 Mamaroneck Ave.**
**Harrison, NY 10528**
**Phone: 877-385-7793**

Invoice submitted to:

John & Margaret Ricci-Breen
81 Poplar Road
Briarcliff, NY 10510

|  | Invoice # | **20113** |
|---|---|---|
|  | Invoice Date | **03/09/2016** |
|  | For Services Through | **03/09/2016** |

| Date | Staff | Matter | Description | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 12/15/2015 | HBB | *Pond Motion* | Met with client to discuss Chapter 13 vs. Chapter 11 and possible settlement with 2nd mortgage to reduce claims; Discussed settlement with Illan, 2nd mtg attorney | 0.90 at $ 350.00/hr | $ 315.00 |
| 12/28/2015 | HBB | *Pond Motion* | Drafted Letter to Illan Markus, Esq. (counsel for PNC) laying out terms of a settlement and potential benefit to his client. | 1.70 at $ 350.00/hr | $ 595.00 |
| 12/28/2015 | HBB | *Pond Motion* | Correspondence (emails) with Ilan Markus, Esq. (PNC) regarding terms of settlement | 0.20 at $ 350.00/hr | $ 70.00 |
| 12/30/2015 | CO | *Loss Mitigation* | prepare 9019 motion; HBB to Review | 1.20 at $ 90.00/hr | $ 108.00 |
| 12/31/2015 | HBB | *Loss Mitigation* | Review Motion to Approve Loan Modification/Filed Motion to approve | 0.70 at $ 350.00/hr | $ 245.00 |
| 12/31/2015 | CO | *Loss Mitigation* | Prepared Motion to Approve Loan Modification 9019 | 1.50 at $ 90.00/hr | $ 135.00 |
| 12/31/2015 | CO | *Loss Mitigation* | make changes as per HBB; file 9019 motion; serve | 1.10 at $ 90.00/hr | $ 99.00 |
| 02/10/2016 | HBB | *Loss Mitigation* | Loss Mitigation Hearing | 1.00 at $ 350.00/hr | $ 350.00 |
| 02/26/2016 | HBB | *Pond Motion* | Drafted Stipulation re: PNC in order to lower debt limits to fall within 109(e) | 1.30 at $ 350.00/hr | $ 455.00 |
| 03/07/2016 | HBB | *Pond Motion* | Re-sent stipulation relating to PNC to Jody Kava for approval | 0.10 at $ 350.00/hr | $ 35.00 |
| 03/08/2016 | HBB | *Pond Motion* | Received email from Chapter 13 Trustee with no objection to Stipulation with PNC; Forwarded same to Judge Drain. | 0.10 at $ 350.00/hr | $ 35.00 |

In Reference To: **Hourly Billing Matters (Expenses)**

| Date | Staff | Matter | Description | Amount | Total |
|---|---|---|---|---|---|
| 03/25/2015 | HBB | *Filing* | Service of the Reply on Pond Motion | $60.00 | $ 60.00 |
| 04/10/2015 | HBB | *Miscellaneous* | Preparing binders for hearing; copying | $70.00 | $ 70.00 |
| 12/31/2015 | CO | *Certificate of Service-mailing* | Certificate of Service for 9019 Motion | $140.00 | $ 140.00 |
| 03/08/2016 | HBB | *Miscellaneous* | NASCO Construction Services Invoice for testimony at hearing on April 14. | $600.00 | $ 600.00 |

**Bronson Law Offices PC**
**480 Mamaroneck Ave.**
**Harrison, NY 10528**
**Phone: 877-385-7793**

Invoice submitted to:

John & Margaret Ricci-Breen
81 Poplar Road
Briarcliff, NY 10510

| | |
|---|---|
| Invoice # | **20113** |
| Invoice Date | **03/09/2016** |
| For Services Through | 03/09/2016 |

| | | | | | |
|---|---|---|---|---|---|
| 03/08/2016 | HBB | *Miscellaneous* <br> Fee for Appraiser Joshua Gluckman testimony | | $600.00 | $ 600.00 |
| 03/08/2016 | HBB | *Miscellaneous* <br> 50% of price of transcript split with Ilan Markus, Esq. | | $175.00 | $ 175.00 |

*Total Hours:* 55.17 hrs
*Total Service:* $ 14,427.30
*Total Expenses:* $ 1,645.00
**Total Invoice Amount: $ 16,072.30**
**Previous Balance: $ 0.00**
**Balance (Amount Due): $ 14,572.30**

HBB-Bruce Bronson, Esq.
CN=Carl Nelson Esq.
AP=Audrey Parma, Esq.
CO=Chanel Orgill, paralegal

**Payment History:**

| **Date** | **Type** | **Payment Description** | **Amount** |
|---|---|---|---|
| 3/8/2016 | Balance Adjustment | Flat Fee Credit for loss mitigation | ($1,500.00) |

# Bronson Law Offices PC - Activity Type

Date Start: 8/29/2014 | Date End: 3/9/2016 | Clients: John & Margaret Ricci-Breen | Users: | Cases: Hourly Billing Matters | Activity Types:

| Date | Client | Case | Description | Billable Time | Billable Amount |
|---|---|---|---|---|---|
| **Loss Mitigation** | | | | | |
| **Carl Nelson** | | | | | |
| 07/28/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Review status letter | 0.20 | $50.00 |
| | | Totals Amounts for User Carl Nelson | | 0.20 | $50.00 |
| **Chanel Orgill** | | | | | |
| 10/08/2014 | John & Margaret Ricci-Breen | Hourly Billing Matters | Preparation of Loss Mitigation package- scan and submission to BOA counsel | 1.90 | $171.00 |
| 10/27/2014 | John & Margaret Ricci-Breen | Hourly Billing Matters | Received Boa Missing Documents Letter- requested required documentation from Debtors | 0.60 | $54.00 |
| 10/30/2014 | John & Margaret Ricci-Breen | Hourly Billing Matters | reviewed banks status letter which requested LM be terminated due to not providing documents that were just requested | 0.30 | $27.00 |
| 11/24/2014 | John & Margaret Ricci-Breen | Hourly Billing Matters | Received call from BOA representative who requested information: Margaret Pay frequency (12 months or 10 months), lease agreement for NC house, bank statements and paystubs; requested from client, faxed to BOA | 0.75 | $67.50 |
| 12/01/2014 | John & Margaret Ricci-Breen | Hourly Billing Matters | banks counsel requested termination of LM; email to them as to status since documents were submitted to BOA via fax on 11/24; provided same fax to banks counsel; was told by banks counsel that information was received but still missing lease agreement, and updated paystubs were required | 0.55 | $49.50 |
| 01/05/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | submitted updated paystubs to banks counsel- bank statements to follow | 0.10 | $9.00 |
| 01/06/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | supplied more paystubs and updated bank statements | 0.22 | $19.80 |
| 01/07/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | prepped status letter to be filed- HBB to review and file | 0.55 | $49.50 |
| 02/26/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | email to counsel requesting update on application | 0.05 | $4.50 |
| 03/25/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | email from lenders counsel requesting all updated documents- relayed request to Debtors | 0.25 | $22.50 |
| 04/23/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | collected updated documents from Debtors- prepared new package- scanned and submitted to banks coulsel | 1.20 | $108.00 |
| 04/29/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | received Missing Documents Letter from banks counsel- requested same from Debtors | 0.35 | $31.50 |
| 04/29/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | provided updated bank statements as requested- advised that borrowers are no longer receiving any rental income from NC house | 0.25 | $22.50 |
| 06/09/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | provided bank with updated paystubs as requested in letter received by Debtor | 0.15 | $13.50 |
| 06/09/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | prepared status letter to be filed- HBB to review and file | 0.30 | $27.00 |
| 06/18/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | MDL received from banks counsel- reviewed requested same from Debtors | 0.15 | $13.50 |

| Date | Client | Activity Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 06/24/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | prepared loe for Debtors to sign; provided bank with LOE re: NC property rent no longer being received | 0.35 | $31.50 |
| 07/08/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | MDL- reviewed more paystubs required- requested same from Debtor | 0.20 | $18.00 |
| 07/17/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | met with debtor- provided paystubs to banks counsel | 0.35 | $31.50 |
| 07/23/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | reviewed banks status letter and request for adjournment | 0.15 | $13.50 |
| 07/28/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | prepped status letter to be filed- CN to review and file | 0.40 | $36.00 |
| 08/14/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | provided updated bank statements and NC property Mortgage Statement; updated rma | 0.50 | $45.00 |
| 08/21/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | MDL- bank needs more paystubs...again- requested from Debtor...again | 0.25 | $22.50 |
| 09/01/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | provided updated paystubs to banks counsel | 0.15 | $13.50 |
| 09/18/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | prepped COURT ORDERED LM adjournment order- HBB to review and file- CO to serve later | 0.60 | $54.00 |
| 09/23/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | served and emailed Order signed by Judge RDD to banks counsel | 0.55 | $49.50 |
| 09/24/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Sent Loan Modification to client for review; reviewed terms of modification | 0.50 | $45.00 |
| 09/24/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Received Mod offer from banks counsel- reviewed- and informed Debtor | 0.60 | $54.00 |
| 12/30/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | prepare 9019 motion; HBB to Review | 1.20 | $108.00 |
| 12/31/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Prepared Motion to Approve Loan Modification 9019 | 1.50 | $135.00 |
| 12/31/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | make changes as per HBB; file 9019 motion; serve | 1.10 | $99.00 |
| | | Totals Amounts for User Chanel Orgill | | 16.07 | $1,446.30 |
| **H Bruce Bronson** | | | | | |
| 11/05/2014 | John & Margaret Ricci-Breen | Hourly Billing Matters | Appeared at Loss Mitigation Hearing | 1.00 | $350.00 |
| 01/07/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Status letter for loan modification refuting claim that loss mit should terminate. | 0.80 | $280.00 |
| 06/10/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Appeared at loss mitigation hearing | 1.00 | $350.00 |
| 09/22/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Loss Mitigation Hearing; bank was ordered to produce a representative. | 1.00 | $350.00 |
| 09/24/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Reviewed Loan Modification presented to us from SLS | 0.80 | $280.00 |
| 12/31/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Review Motion to Approve Loan Modification/Filed Motion to approve | 0.70 | $245.00 |
| 02/10/2016 | John & Margaret Ricci-Breen | Hourly Billing Matters | Loss Mitigation Hearing | 1.00 | $350.00 |
| | | Totals Amounts for User H Bruce Bronson | | 6.30 | $2,205.00 |
| | | Totals Amounts for Activity Type Loss Mitigation | | 22.57 | $3,701.30 |

## Pond Motion

**Carl Nelson**

| Date | Client | Activity Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/27/2014 | John & Margaret Ricci-Breen | Hourly Billing Matters | Acuire hearing date; create mailing list; review file paperwork; review county record; draft notice of motion, motion and proposed order. Prepare motion for service. | 2.90 | $725.00 |
| 10/28/2014 | John & Margaret Ricci-Breen | Hourly Billing Matters | Obtain proof of service; file motion and proof of service with Court | 0.00 | $0.00 |
| 04/03/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Prepare and file notice of hearing | 0.30 | $75.00 |

| Date | Client | Matter | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/03/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Revise order for Pond Motion post hearing and decision and submit to chambers | 0.30 | $75.00 |
| | | Totals Amounts for User Carl Nelson | | 3.50 | $875.00 |
| **Chanel Orgill** | | | | | |
| 12/11/2014 | John & Margaret Ricci-Breen | Hourly Billing Matters | Chambers copies | 0.40 | $150.00 |
| 03/30/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | preparation for Pond Motion Trial; communication with appraisers and NASCO representatives; organizing file for court; communication with Chambers re: witnesses | 1.45 | $130.50 |
| | | Totals Amounts for User Chanel Orgill | | 1.85 | $280.50 |
| **H Bruce Bronson** | | | | | |
| 12/17/2014 | John & Margaret Ricci-Breen | Hourly Billing Matters | In office discussion with client regarding filing a reply to objection to pond motion | 0.30 | $105.00 |
| 01/07/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Drafting of Reply to Opposition to Pond Motion; researched case law. | 2.50 | $937.50 |
| 01/14/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Hearing on pond motion. need to set up day for trial. | 1.00 | $375.00 |
| 02/26/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Reviewed Pond motion and responses in preparation of hearing; reviewed email from counsel for bank;talked to Mr. Green regarding settlement parameters; emailed counsel for lender. | 1.90 | $712.50 |
| 03/30/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Telephone calls with appraisers and contractor regarding affidavit and testimony that would be required for hearing. | 1.20 | $420.00 |
| 04/05/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Letter withdrawing the appraisal of Dennis Federico; review of pond motion and related documents. | 1.00 | $350.00 |
| 04/06/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Reviewed binder for court; discussed contents with counsel for Lender | 0.75 | $262.50 |
| 04/13/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Prepared for hearing; reviewed appraisals; prepared statements | 1.50 | $525.00 |
| 04/14/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Prepared for hearing; attended hearing; discussed hearing with client | 3.20 | $1,120.00 |
| 05/11/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Researched information for brief on reduction based on commissions and carrying costs; began writing brief | 2.50 | $875.00 |
| 05/12/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Worked on brief; research | 1.50 | $525.00 |
| 05/13/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Worked on Brief; researched cases. | 3.50 | $1,225.00 |
| 05/14/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Email with Illan Markus, Esq. regarding submission of briefs | 0.30 | $105.00 |
| 05/22/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Review of Transcript | 0.50 | $175.00 |
| 06/22/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Meeting with John Ricci-Breen re: pond motion and back up plans should it be denied. | 0.60 | $210.00 |
| 12/15/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Met with client to discuss Chapter 13 vs. Chapter 11 and possible settlement with 2nd mortgage to reduce claims; Discussed settlement with Illan, 2nd mtg attorney | 0.90 | $315.00 |
| 12/28/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Drafted Letter to Illan Markus, Esq. (counsel for PNC) laying out terms of a settlement and potential benefit to his client. | 1.70 | $595.00 |
| 12/28/2015 | John & Margaret Ricci-Breen | Hourly Billing Matters | Correspondence (emails) with Ilan Markus, Esq. (PNC) regarding terms of settlement | 0.20 | $70.00 |
| 02/26/2016 | John & Margaret Ricci-Breen | Hourly Billing Matters | Drafted Stipulation re: PNC in order to lower debt limits to fall within 109(e) | 1.30 | $455.00 |
| 03/07/2016 | John & Margaret Ricci-Breen | Hourly Billing Matters | Re-sent stipulation relating to PNC to Jody Kava for approval | 0.10 | $35.00 |

| Date | Client | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/08/2016 | John & Margaret Ricci-Breen | Hourly Billing Matters | Received email from Chapter 13 Trustee with no objection to Stipulation with PNC; Forwarded same to Judge Drain. | 0.10 | $35.00 |
| | | Totals Amounts for User H Bruce Bronson | | 26.55 | $9,427.50 |
| | | Totals Amounts for Activity Type Pond Motion | | 31.90 | $10,583.00 |
| | | Grand Total | | 54.47 | $14,284.30 |