Case No.: 14-22798

Case Name: Margaret and John Ricci-Breen

Chapter 13 Fee Application

June 5, 2016 through March 8, 2016

Schedule C

| (1) Applicant | (2) Initial Fee Charged | (3) Amount of Initial Fee Paid | (4) Amount of Initial Fee Filed as Administrative Claim | (5) Amount of Initial Expenses Collected | (6) Additional Fees Requested | (7) Additional Expenses Requested | (8) Amount of Additional Fee Awarded | (9) Amount of Additional Expenses Awarded |
|---|---|---|---|---|---|---|---|---|
| H. Bruce Bronson | $3,281 | $3,281 | $3,000 | $281 | $12,927.30 (plus $3,000 base) | $1,645 | $12,927.30 | $1,645 |

Revised September 2011    DATE ON WHICH ORDER WAS SIGNED: 5/13/2016    INITIALS: 5/13/16 USBJ